IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SAMANTHA LUND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 4:20-cv-00170-BCW |
| ) | |
| LONE JACK C-6 SCHOOL DISTRICT ) | |
| and DR. MATTHEW TARWATER, ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION FOR PROTECTIVE ORDER

COME NOW the Parties to this cause and hereby jointly move this Court to enter a Protective Order. The Parties state that, during the course of discovery, it may be necessary to disclose certain confidential information relating to the subject matter of this action. They agree certain categories of such information should be treated as confidential, protected from disclosure outside this litigation, and used only for purposes of prosecuting or defending this action and any appeal. The parties jointly request entry of a protective order to limit the disclosure, dissemination, and use of certain identified categories of confidential information. A copy of the proposed Protective Order is attached hereto as **Exhibit A**.

WHEREFORE, the Parties jointly and respectfully request that this Court enter the Protective Order submitted with this Joint Motion for Protective Order.

///

Respectfully submitted,

**McDOWELL, RICE, SMITH & BUCHANAN, PC**

*/s/ Adam J. Gasper*
William C. Odle, MO Bar #38571
Adam J. Gasper, MO Bar #61168
605 W. 47th Street, Suite 350
Kansas City, MO 64112
(816) 753-5400 telephone
(816) 753-9996 facsimile
wodle@mcdowellrice.com
agasper@mcdowwellrice.com
**ATTORNEYS FOR PLAINTIFF**


**HUSCH BLACKWELL LLP**

/s/ Derek T. Teeter
Derek T. Teeter      MO #59031
Michael T. Raupp     MO #65121
HUSCH BLACKWELL LLP
4801 Main, Suite 1000
Kansas City, Missouri 64112
Tel:  816-983-8000
Fax:  816-983-8000
derek.teeter@huschblackwell.com
michael.raupp@huschblackwell.com
**ATTORNEYS FOR DEFENDANT LONE JACK C-6 SCHOOL DISTRICT**

and

**EVANS & DIXON, L.L.C.**


/s/ Brian J. Niceswanger
Brian J. Niceswanger        MO #36239
Stephanie A. Preut          MO #64330
1100 Main Street, Suite 2000
Kansas City, MO 64105

and

<pre>
                                    82 Corporate Woods, Suite 900
                                    10851 Mastin Boulevard
                                    Overland Park, Kansas 66210
                                    (T): (913) 701-6810
                                    (F): (913) 341-2293
                                    KCCivilLit@evans-dixon.com
                                    **ATTORNEYS FOR DEFENDANT**
                                    **MATTHEW TARWATER, Ed.D's**
</pre>

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing was served this 9th day of July, 2020 upon all persons requesting electronic notification, by filing it with the Court using the CM/ECF system.

<pre>
                                    /s/ Adam J. Gasper
</pre>