IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SAMANTHA LUND, | ) |
| Petitioner, | ) ) ) |
| v. | ) CASE NO. 4:20-cv-00170-BCW |
| LONE JACK C-6 SCHOOL DISTRICT and DR. MATTHEW TARWATER | ) ) ) ) |
| Defendants. | ) ) |

## ORDER GRANTING DEFENDANT MATTHEW TARWATER, EdD'S MOTION TO REOPEN CASE FILE

NOW ON THIS \_\_\_\_ day of July, 2020, this matter comes before the Court on Defendant Matthew Tarwater, EdD's Motion to Reopen Case File. After reviewing the Court file and being well and duly advised in the premises, the Court finds that the Motion be, and hereby is, GRANTED. This case file is now reopened.

IT IS SO ORDERED.

_____  _____
Dated                       Honorable Brian C. Wimes

Submitted by:

**EVANS & DIXON, L.L.C.**

/s/Brian J. Niceswanger
Brian J. Niceswanger      MO #36239
Stephanie A. Preut         MO #64330
1100 Main Street, Suite 2000
Kansas City, MO 64105

and


EXHIBIT A

82 Corporate Woods, Suite 900
10851 Mastin Boulevard
Overland Park, Kansas 66210
(T): (913) 701-6810
(F): (913) 341-2293
KCCivilLit@evans-dixon.com
**ATTORNEY FOR DEFENDANT**